1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

UNITED STATES OF AMERICA,                    NO.  MJ14-484

10

                         Plaintiff,

11

        v.                                                    DETENTION ORDER

12

ROBBY LEE ROBINSON,

13

                         Defendant.

14

15

Offense charged:

16

        Count 1:        Felon in Possession of a Firearm

17

Date of Detention Hearing: February 9, 2015.

18

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20

the following:

21

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22

        1.      Defendant has substantial mental health problems.

23

        2.      Defendant has serious ongoing substance abuse issues.

24

        3.      Defendant has a history of assaultive behavior.

25

        4.      Defendant has a substantial history of failures to appear.

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1

2

        5.      The Assistant U.S. Attorney proffers that defendant made threats to law

enforcement.

3

4

        6.      There are no conditions or combination of conditions other than detention that

will reasonably assure the appearance of defendant as required or ensure the safety of the

5

community.

6

        IT IS THEREFORE ORDERED:

7

        (1)     Defendant shall be detained and shall be committed to the custody of the

8

                Attorney General for confinement in a correction facility separate, to the extent

9

                practicable, from persons awaiting or serving sentences or being held in custody

10

                pending appeal;

11

        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

12

                counsel;

13

        (3)     On order of a court of the United States or on request of an attorney for the

14

                government, the person in charge of the corrections facility in which defendant

15

                is confined shall deliver the defendant to a United States Marshal for the

16

                purpose of an appearance in connection with a court proceeding; and

17

        (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

18

                counsel for the defendant, to the United States Marshal, and to the United States

19

                Pretrial Services Officer.

20

        DATED this 9th day of February, 2015.

21

22

                                                *James P. Donohue*

23

                                        JAMES P. DONOHUE
                                        United States Magistrate Judge

24

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2