Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBBY LEE ROBINSON, ) <br> ) <br> Defendant. ) <br> ) | NO. CR15-00028MJP <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIOND DEADLINE |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of April 20, 2015, until the new trial date of June 15, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to June 15, 2015, and that pretrial motions shall be filed no later than April 27, 2015.

DONE  this 4th day of March, 2015.

Marsha J. Pechman
United States District Judge

ORDER GRANTING UNOPPOSED MOTIOIN TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE
(*Robby Lee Robinson*, CR15-00028MJP) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1
2
3
4  Presented by,
5
6  s/ *Dennis Carroll*
   Dennis Carroll, WSBA No. 24410
7  Assistant Federal Public Defender
   Attorney for Robby Lee Robinson
8  Office of the Federal Public Defender
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING UNOPPOSED MOTIOIN TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE
(*Robby Lee Robinson*, CR15-00028MJP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**