1

Chief Judge Marsha J. Pechman

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6
AT SEATTLE

7 | UNITED STATES OF AMERICA,          )   NO. CR15-00028MJP
                                      )
8 |          Plaintiff,                )
                                      )   ORDER GRANTING DEFENDANT'S
9 |     v.                             )   UNOPPOSED MOTION TO
                                      )   CONTINUE TRIAL AND PRETRIAL
10 | ROBBY LEE ROBINSON,               )   MOTIOND DEADLINE
                                      )
11 |          Defendant.               )
                                      )
12 | _____  )

THE COURT has considered the defendant's unopposed motion for a
13
continuance of the trial and the pretrial motions dates.  The Court finds that the ends of
14
justice will be served by ordering a continuance in this case, that a continuance is
15
necessary to ensure adequate time for effective case preparation, and that these factors
16
outweigh the best interests of the public and the defendant in a speedy trial.
17
THE COURT further finds that the period of time from the current trial date of
18
June 15, 2015, to August 10, 2015, shall be excludable time pursuant to the Speedy
19
Trial Act, 18 U.S.C. § 3161 *et seq*.
20
//
21
//
22
//
23
//
24
//
25

26

ORDER GRANTING UNOPPOSED
MOTIOIN TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*Robby Lee Robinson*, CR15-00028MJP) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1   IT IS THEREFORE ORDERED that the trial date in this matter is continued to

2   August 10, 2015, and that pretrial motions shall be filed no later than July 13, 2015.

3   DONE this 12th day of June, 2015.

4

5

6

7

8   Marsha J. Pechman
United States District Judge

9

10

11

12  Presented by:

13

14  s/ *Dennis Carroll*
s/ *Mohammad Hamoudi*

15  Attorneys for Robby Lee Robinson
Office of the Federal Public Defender

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED
MOTIOIN TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*Robby Lee Robinson*, CR15-00028MJP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**