Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBBY LEE ROBINSON,<br><br>    Defendant. | NO. CR15-00028MJP<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIOND DEADLINE |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of September 14, 2015, to December 14, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

//
//
//

ORDER GRANTING UNOPPOSED
MOTIOIN TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*Robby Lee Robinson*, CR15-00028MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the trial date in this matter is continued to
2  December 14, 2015, and that pretrial motions shall be filed no later than November 2,
3  2015.
4  DONE this 11th day of September, 2015.

_____
Marsha J. Pechman
Chief United States District Judge

Presented by:

s/ *Mohammad Hamoudi*
Attorney for Robby Lee Robinson
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTIOIN TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*Robby Lee Robinson*, CR15-00028MJP) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100