UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBBY ROBINSON,<br><br>　　　　Defendant. | No. CR15-028 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE EVIDENTIARY HEARING ON ALLEGED SUPERVISED RELEASE VIOLATIONS |

THIS MATTER having come before the Court on a stipulated motion to continue the evidentiary hearing on Mr. Robinson's alleged violations of the conditions of his supervised release, and the Court having considered the facts set forth in the motion and the records and files herein, the Court ORDERS that the evidentiary hearing on Mr. Robinson's alleged violations of the conditions of his supervised release shall be continued to July 23, 2021 at 10:00 AM.

DONE this 7th day of July, 2021.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE EVIDENTIARY HEARING ON
ALLEGED SUPERVISED RELEASE VIOLATIONS
(*Robby Robinson*; No. CR15-028 MJP) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Presented by:

BLACK & ASKEROV, PLLC

_____
Christopher Black
Attorney for Robby Robinson

ORDER GRANTING STIPULATED MOTION TO
CONTINUE EVIDENTIARY HEARING ON
ALLEGED SUPERVISED RELEASE VIOLATIONS
(*Robby Robinson*; No. CR15-028 MJP) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401