The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBBY ROBINSON,<br><br>      Defendant. | No. CR15-028 MJP<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING ON ALLEGED SUPERVISED RELEASE VIOLATIONS |

THIS MATTER having come before the Court on an unopposed motion to continue the evidentiary hearing on Mr. Robinson's alleged violations of the conditions of his supervised release, and the Court having considered the facts set forth in the motion and the records and files herein, the Court ORDERS that the evidentiary hearing on Mr. Robinson's alleged violations of the conditions of his supervised release shall be continued to September 9, 2021 at 9:00AM.

DONE this 23 day of July, 2021.

The Honorable Marsha J. Pechman
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE EVIDENTIARY HEARING ON
ALLEGED SUPERVISED RELEASE VIOLATIONS
(*Robby Robinson*; No. CR15-028 MJP) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

Presented by:

BLACK & ASKEROV, PLLC

Christopher Black
Attorney for Robby Robinson

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE EVIDENTIARY HEARING ON
ALLEGED SUPERVISED RELEASE VIOLATIONS
(*Robby Robinson*; No. CR15-028 MJP) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401